the Seventh Circuit denied. *Messrs. James Hamilton Lewis, Benjamin P. Epstein,* and *Bernhardt Frank* for petitioners. *Solicitor General Hughes, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.

No. 107. PRENDERGAST *v.* SILVERADO STEAMSHIP Co. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Wm. Martin* and *J. O. Davies* for petitioner. *Messrs. Frank A. Huffer, W. H. Hayden, F. T. Merritt,* and *Lane Summers* for respondent.

No. 108. MOHR ET AL. *v.* BIELASKI, TRUSTEE, ET AL. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Murray Corrington* for petitioners. No appearance for respondents.

No. 109. WILSON BANKING Co. *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. A. M. Pepper* for petitioner. *Solicitor General Hughes,* and *Messrs. Sewall Key* and *Harvey R. Gamble* for respondent.

No. 110. BEYER *v.* SMITH. October 14, 1929. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Daniel Thew Wright* and *Philip Ershler* for petitioner. No appearance for respondent.